IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    12-cv-00165-WYD-CBS

JANE DOE,

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado nonprofit corporation, d/b/a CENTURA HEALTH-PENROSE HOSPITAL,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Dismiss [ECF No. 26], filed May 1, 2012.  After carefully reviewing the above-captioned case, I find that the unopposed motion should be granted and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

ORDERED that the Plaintiff's Unopposed Motion to Dismiss [ECF No. 26], filed May 1, 2012, is **GRANTED**.   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

    Dated:    May 1, 2012.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE